# Notice Recipients

District/Off: 0207−1          User: galaimo          Date Created: 7/23/2019
Case: 1−19−44445−nhl          Form ID: 245           Total: 10

**Recipients of Notice of Electronic Filing:**
aty         Isaac Nutovic        inutovic@nutovic.com

                                                                           TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          175 Pulaski RLM LLC        c/o J. Fischman        1929 50th Street        Brooklyn, NY 11204
smg         United States of America        Secretary of the Treasury        15th Street & Pennsylvania Ave. NW        Washington, DC 20220
smg         NYS Unemployment Insurance        Attn: Insolvency Unit        Bldg. #12, Room 256        Albany, NY 12240
smg         NYS Department of Taxation & Finance        Bankruptcy Unit        PO Box 5300        Albany, NY 12205
smg         Internal Revenue Service        PO Box 7346        Philadelphia, PA 19101−7346
smg         NYC Department of Finance        345 Adams Street        Office of Legal Affairs        Brooklyn, NY 11201−3719
smg         Office of the United States Trustee        Eastern District of NY (Brooklyn Office)        U.S. Federal Office Building        201 Varick Street, Suite 1006        New York, NY 10014
9604174     175 Pulaski RLM LLC        c/o Joseph Fischman        1949 50th Street        Brooklyn, N.Y. 11204
9604175     Maguire Ft. Hamilton LLC        c/o Wachtel Missry LLP        1 Dag Hammarskjold Plaza        885 Second Avenue, 47th Floor        New York, N.Y. 10017

                                                                           TOTAL: 9