

**Leslie A. Berkoff**
Partner
NY & CT Bars
Email:  lberkoff@moritthock.com

February 13, 2023

**VIA ECF and EMAIL: nhl_hearings@nyeb.uscourts.gov**

Judge Nancy Lord
United States Bankruptcy Court
Eastern District of New York
271-C Cadman Plaza East
Courtroom 2529
Brooklyn, NY  11201

Re:    **4218 Partners LLC, Case No. 19-44444-nhl**
       **4202 Partners LLC, Case No. 20-42438-nhl and**
       **175 Pulaski, Case No. 19-44445  (collectively the "Debtors")**

Dear Judge Lord:

   This letter confirms that all matters currently scheduled for February 14, 2023 at 3:00 p.m. concerning the above-referenced Debtors are being adjourned on consent to February 28, 2023 at 10:00 a.m.

   We appreciate the Court's courtesies in this regard.

                                            Very truly yours,

                                            /s/ *Leslie A. Berkoff*
                                            Leslie A. Berkoff

cc:    Nazar Khodorovsky, Esq. (UST) (via email)
       Ted Donovan, Esq. (via email)
       Kevin J Nash, Esq. (via email)
       M. Ryan Pinkston, Esq. (via email)
       Issac Nutovic, Esq. (via email)
       Nathan Schwed, Esq. (via email)